PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

For

Eastern District of Kentucky at Covington

U.S.A. vs   Michael Huey                                             Docket No.   0643 2:23-CR-003-DLB-01

**Petition for Action on Conditions of Pretrial Release**

COMES  Leanne Vonderhaar , pretrial services/probation officer, presenting an official report upon the conduct of defendant  Michael Huey , who was placed under pretrial release supervision by the Honorable  Candace J. Smith , sitting in the court at  Covington  on the  22nd  day of  February ,  2023  under the following conditions:

(1) The defendant must not violate federal, state, or local law while on release; (2) The defendant must cooperate in the collection of a DNA sample if it is authorized; (3) The defendant must advise the pretrial services office or supervising officer in writing before making any change of residence or telephone number; (4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose; (5) The defendant must sign an Appearance Bond, if ordered; (7)(a) The defendant must submit to supervision by United States Probation Office; (7)(e) The defendant must not obtain a passport or other international travel document; (7)(f) The defendant's travel is restricted to the Eastern District of Kentucky, Western District of Kentucky and Indiana for VA treatment; (7)(g) The defendant must avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including, but not limited to, all family members who are minors, wife and children; (7)(h) The defendant must continue counseling at the VA as recommended; (7)(k) The defendant must not possess a firearm, destructive device, or other weapon; (7)(l) The defendant must not use alcohol excessively; (7)(p)(ii) The defendant must participate in the following location restriction program and comply with its requirements as directed: Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; (7)(q)(iv) The defendant must submit to GPS location monitoring; (7)(r) The defendant must pay all or part of the costs of location monitoring; (7)(s) The defendant must report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops; Page 3, #1) The defendant's residence and employment shall be preapproved by probation; Page 3, #2) The defendant shall not associate with children who appear to be under the age of 18 nor frequent, volunteer, or work at places where children congregate.; Page 3, #3) Defendant shall not possess or use a computer or any device with access to any online computer service without written approval of the probation officer. Any device to which the defendant has access is subject to search.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Huey is currently supervised in the Western District of Kentucky. The defendant arrived at his residence, after release, on February 23, 2023. USPO Sherer met with the defendant at his residence on that date and reviewed conditions of release. On February 27, 2023, a home visit was conducted by USPO Sherer. Huey was questioned about any unauthorized electronic devices in the residence. USPO Sherer, along with Huey, located a Samsung cell phone and iPad in the bedroom. Huey consented to the destruction of the Samsung cell phone and surrender of the iPad to USPO Sherer for further search. The Eastern District of Kentucky conducted a search of the iPad, which did not reveal Huey had used/accessed the device since his release on February 22, 2023. At this time, the probation office requests no action be taken regarding the two unauthorized devices and that Huey continue on previously imposed pretrial conditions. The iPad will be returned to the VA facility, which is the agency who issued the device to the defendant and is the rightful owner.

PRAYING THAT THE COURT WILL ORDER

ORDER OF COURT                                                          I declare under penalty of perjury that the foregoing is true and correct.

Considered and ordered this  10th  day of  March , 20 23  and ordered filed

Executed on   3/8/2023

PS 8
(Rev. 12/04)

and made a part of the records in the above case.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

Leanne M. Vonderhaar
Senior U.S. Pretrial Services/Probation Officer

Place   Covington, KY